Matter of Ray (2025 NY Slip Op 03624)

Matter of Ray

2025 NY Slip Op 03624

Decided on June 12, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 12, 2025

PM-133-25
[*1]In the Matter of Ryan Matthew Ray, an Attorney. (Attorney Registration No. 5905187.)

Calendar Date:June 9, 2025

Before:Egan Jr., J.P., Aarons, Pritzker, Ceresia and Mackey, JJ.

Ryan Matthew Ray, New York City, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Ryan Matthew Ray was admitted to practice by this Court in 2021 and lists a business address in New York City with the Office of Court Administration. Ray now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Ray's application.
Upon reading Ray's affidavit sworn to April 16, 2025 and filed April 21, 2025, and upon reading the June 4, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Ray is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Aarons, Pritzker, Ceresia and Mackey, JJ., concur.
ORDERED that Ryan Matthew Ray's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Ryan Matthew Ray's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Ryan Matthew Ray is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Ray is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Ryan Matthew Ray shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.